IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CEMENT MASONS AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

v.

ALL WEST CONSTRUCTION, INC.,

    Defendant.

No. 09-01732 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**

This matter is set for an initial case management conference on December 4, 2009. Having considered the parties' Joint Case Management Conference Statement, the Court HEREBY CONTINUES the case management conference to April 2, 2010 at 1:30 p.m. A further Joint Case Management Conference statement shall be due on March 26, 2010.

It is FURTHER ORDERED that the parties shall conduct an Early Neutral Evaluation Conference through this Court's Alternative Dispute Resolution Department by no later than 90 days from December 4, 2009.

**IT IS SO ORDERED.**

Dated: November 30, 2009

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc:    ADR Department