Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>ALL WEST CONSTRUCTION, INC., a California corporation, <br><br>Defendant. | Case No.: 09-01732 JSW <br><br>**STIPULATION TO EXTEND TIME TO COMPLETE ENE; ORDER THEREON** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs Boards of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California, and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), on the one hand, and Defendant All West Construction, Inc. ("All West Construction"), on the

1  other hand, through their respective counsel, that the parties have an ENE set for Wednesday,
2  February 17, 2010 before Harlan Richter. The parties have continued settlement discussions
3  and believe that it is likely that this case can be settled within the next 30 days. Harlan Richter
4  has been advised of the parties' intent to continue the ENE and has advised the parties that
5  parties must seek a continuance from this Court.

6    Based on the above, the parties respectfully request that this Court issue an Order
7  granting the parties an additional 30 days to complete the ENE. In the meantime, the parties
8  will continue with informal settlement negotiations.

9  DATED: February 12, 2010

10                                              BULLIVANT HOUSER BAILEY PC

By           /s/
    Ronald L. Richman
    Susan J. Olson

Attorneys for Plaintiffs

DATED: February 12, 2010

HAWKINS – BOHMAN

By           /s/
    Scott C. Hawkins

Attorneys for Defendant
All West Construction, Inc.

– 2 –
STIPULATION TO EXTEND TIME TO COMPLETE ENE; ORDER THEREON

**ORDER**

The parties having submitted this Stipulation To Extend Time to Complete ENE and good cause appearing:

IT IS HEREBY ORDERED that the parties have up to and including March 17, 2010 to complete the ENE.

DATED: February 16, 2010

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

12325400.1

– 3 –
STIPULATION TO EXTEND TIME TO COMPLETE ENE; ORDER THEREON