1   Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
2   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701
    E-Mail: ron.richman@bullivant.com
5   E-Mail: susan.olson@bullivant.com

6   Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE CEMENT            Case No.: 09-01732 JSW
    MASONS HEALTH AND WELFARE TRUST
11  FUND FOR NORTHERN CALIFORNIA;             **STIPULATION TO EXTEND TIME TO
    BOARD OF TRUSTEES OF THE CEMENT           COMPLETE ENE; ORDER THEREON**
12  MASONS VACATION-HOLIDAY TRUST
    FUND FOR NORTHERN CALIFORNIA;
13  BOARD OF TRUSTEES OF THE CEMENT
    MASONS PENSION TRUST FUND FOR
14  NORTHERN CALIFORNIA; AND BOARD
    OF TRUSTEES OF THE CEMENT MASONS
15  TRAINING TRUST FUND FOR NORTHERN
    CALIFORNIA,
16
                        Plaintiffs,
17
            v.
18
    ALL WEST CONSTRUCTION, INC., a
19  California corporation,

20                      Defendant.

21

22                          **STIPULATION**

23          IT IS HEREBY STIPULATED by and between Plaintiffs Boards of Trustees of the

24  Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of

25  the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of

26  the Cement Masons Pension Trust Fund for Northern California, and Board of Trustees of the

27  Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"),

28  on the one hand, and Defendant All West Construction, Inc. ("All West Construction"), on the

                              – 1 –

1   other hand, through their respective counsel, that the parties have an ENE set for Wednesday,

2   February 17, 2010 before Harlan Richter.   The parties have continued settlement discussions

3   and believe that it is likely that this case can be settled within the next 30 days.  Harlan Richter

4   has been advised of the parties' intent to continue the ENE and has advised the parties that

5   parties must seek a continuance from this Court.

6       Based on the above, the parties respectfully request that this Court issue an Order

7   granting the parties an additional 30 days to complete the ENE.  In the meantime, the parties

8   will continue with informal settlement negotiations.

9   DATED:  February 12, 2010

10                                          BULLIVANT HOUSER BAILEY PC

11

12                          By    _____/s/_____
                                    Ronald L. Richman
13                                  Susan J. Olson

14                          Attorneys for Plaintiffs

15
    DATED:  February 12, 2010
16
                                          HAWKINS – BOHMAN
17

18
                            By    _____/s/_____
19                                  Scott C. Hawkins

20                          Attorneys for Defendant
                            All West Construction, Inc.
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO COMPLETE ENE; ORDER THEREON

1

**<u>ORDER</u>**

2

The parties having submitted this Stipulation To Extend Time to Complete ENE and

3

good cause appearing:

4

IT IS HEREBY ORDERED that the parties have up to and including March 17, 2010 to

5

complete the ENE.

6

DATED:  February 16, 2010

7

8

By _____

HON. JEFFREY S. WHITE

9

UNITED STATES DISTRICT JUDGE

10

11

12325400.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –

STIPULATION TO EXTEND TIME TO COMPLETE ENE; ORDER THEREON