Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> ALL WEST CONSTRUCTION, INC., a California corporation, <br><br> Defendant. | Case No.: C O9-01732 JSW <br><br> **STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Boards of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California, and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), on the one hand, and Defendant All West Construction, Inc. ("All West Construction"), on the

– 1 –

1 | other hand, through their respective counsel, that pursuant to a binding settlement entered into
2 | by and between the parties, that this Court dismiss this case, without prejudice, each party to
3 | bear their own costs and fees.

4 | DATED: May 3, 2010

BULLIVANT HOUSER BAILEY PC


By _____/s/_____
  Ronald L. Richman
  Susan J. Olson

Attorneys for Plaintiffs
Cement Masons Trust Funds

11 | DATED: May 3, 2010

HAWKINS – BOHMAN


By _____/s/_____
  Scott C. Hawkins

Attorneys for Defendant
All West Construction, Inc.

— 2 —

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON

### ORDER

The parties having submitted this Stipulation To Dismiss Case Without Prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case is hereby dismissed, without prejudice, each side to bear their own costs and fees.

DATED: May 4 , 2010

By _____*Jeffrey S White*_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

12519488.1